UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN SMITH,<br>    *Defendant*. | No. 3:03-cr-344 (JAM) |

**ORDER RE MOTION TO OPPOSE RULING**

    The Court DENIES the defendant Smith's motion to oppose the ruling regarding the return of certain stimulus funds (Doc. #51). Smith has filed a motion seeking the return of $600 in stimulus funds he claims is statutorily exempted from garnishment pursuant to section 272(d) of the Consolidated Appropriations Act of 2021. Doc. #51. Section 272(d) provides that "no applicable payment shall be subject to execution, levy, attachment, garnishment, or other legal process." Consolidated Appropriations Act of 2021, Pub. L. No. 116-260, § 272(d)(2)(A), 134 Stat. 1182, 1972 (2020). An "applicable payment" is "any advance refund amount paid pursuant to section 6428A(f) of Internal Revenue Code of 1986." *Id.* § 272(d)(2)(E)(iii)(I). As the Government states in its brief, eligible individuals could receive their second stimulus payment as either an advance payment of tax credit known as an Economic Impact Payment, or as a Recovery Rebate Credit (RRC) when they filed a 2020 tax return. *See* Doc. #39 at 7. RRCs are not an *advance* refund amount as defined by section 272(d) and so are not subject to the exemption set forth in that section. *See* Internal Revenue Service, *2020 Recovery Rebate Credit — Topic E: Receiving the Credit on a 2020 tax return*, Q E3 (last updated April 13, 2022), https://www.irs.gov/newsroom/2020-recovery-rebate-credit-topic-e-receiving-the-credit-on-a-2020-tax-return [https://perma.cc/4MGW-WBQN] (the 2020 Recovery Rebate Credit "can be reduced to pay debts owed to other federal government agencies"). Smith received his second

1

stimulus payment when he filed a 2020 tax return—and therefore as a RRC rather than as an advance payment. *See* Doc. #39-1; Doc. #39 at 7. As such, the application of Smith's second stimulus payment toward his remaining restitution is proper.

It is so ordered.

Dated at New Haven this 18th day of October 2022.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge